UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**CASE NO. 17-20307-CR-MARTINEZ-OTAZO-REYES**

UNITED STATES OF AMERICA

v.

MARIO RODRIGUEZ and
TORIVIS REGINALD INGRAM,
    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, for a Report and Recommendation [ECF No. 325 (referral)] on Defendant Mario Rodriguez's ("Rodriguez") Motion to Suppress [ECF No. 266]. This Court granted Defendant Torivis Reginald Ingram's ("Ingram") Motion to Adopt Rodriguez's Motion to Suppress [ECF Nos. 331 & 342]. Magistrate Judge Otazo-Reyes conducted evidentiary hearings on February 2, 5, and 16, 2018 [ECF Nos. 345, 350 & 367]. Magistrate Judge Otazo-Reyes filed a Report and Recommendation [ECF No. 421], recommending that the Motion to Suppress be DENIED.

The parties were afforded the opportunity to file written objections. The record reveals that Defendant Rodriguez timely filed objections [ECF No. 436]. Defendant Ingram moved to adopt Defendant Rodriguez's objections to the Report and Recommendation [ECF No. 437], which this Court now GRANTS. The Court has reviewed the entire file and record, has made a *de novo* review of the issues that Defendants' Objections to the Report and Recommendation present, and is otherwise fully advised in the premises. The Court finds the issues raised in Defendants' objections are already addressed in Magistrate Judge Otazo-Reyes' well-reasoned Report and Recommendation. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. Defendant Torivis Reginald Ingram's Motion to Adopt Co-Defendant Mario Rodriguez's Objections to Report and Recommendations [ECF No. 437] is **GRANTED**.

2. United States Magistrate Judge Alicia M. Otazo-Reyes' Report and Recommendation [ECF No. 421] is hereby **ADOPTED AND AFFIRMED** in its entirety.

3. Accordingly, Defendant Mario Rodriguez's Motion to Suppress [ECF No. 266], and adopted by Defendant Torivis Reginald Ingram, is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 27 day of April, 2018.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record

2